AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____ARKANSAS_____

RENEE COOK

**JUDGMENT IN A CIVIL CASE**

V.

J.B. HUNT TRANSPORT, INC.

Case Number: 04-5295

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT, J.B. HUNT TRANSPORT, INC., AND AGAINST PLAINTIFF, RENEE COOK.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 1 4 2005

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK

| 12/14/2005 | CHRISTOPHER R. JOHNSON |
|---|---|
| Date | Clerk |
| | *[signature]* , DC |
| | (By) Deputy Clerk |